# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVAR SIMMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Criminal Case No. 06-268 (RJL) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**FILED**

AUG 0 9 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER
(August __6__, 2010)

For the reasons set forth in the Memorandum Opinion entered this date, it is

hereby

**ORDERED** that the defendant's motion to vacate his conviction and sentence is

**DENIED**.

**SO ORDERED**.


_____
RICHARD J. LEON
United States District Judge